# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **STANLEY E. KORNAFEL,** | : | |
| **Plaintiff,** | : | |
| | : | |
| **v.** | : | **CIVIL ACTION NO. 19-CV-2783** |
| | : | |
| **DEL CHEVROLET,** *et al.*, | : | |
| **Defendants.** | : | |

## ORDER

AND NOW, this 6th day of October, 2020, upon consideration of Plaintiff Stanley E. Kornafel's "Complaint" (ECF No. 8), docketed as a "Petition for Relief from the District Court's 19-cv-2783 Order of the Case Matters of June 28, 2019 (Attached) and All Previous Claim and District Court Orders Regarding the Matters with Del Chevrolet and All Courts," which the Court has construed as a Motion for Relief from Judgment Pursuant to Federal Rule of Civil Procedure 60(b), and Kornafel's "Addemdum [sic] to Complaint" (ECF No. 9) it is **ORDERED** that the Motion is **DENIED.**

                                      **BY THE COURT:**

                                      */s/* **C. Darnell Jones, II**
                                      **C. DARNELL JONES, II, J.**